STEPHEN BLACK ET AL. *v.* KELLY MOYE ET AL.
(AC 19518)

Lavery, Schaller and Hennessy, Js.

Submitted on briefs January 26—officially released February 15, 2000

Per Curiam. The judgment is affirmed.

BRISTOL BAPTIST CHURCH *v.* JASON
LAFRANCOIS ET AL.
(AC 19373)

O'Connell, C. J., and Spear and Mihalakos, Js.

Submitted on briefs January 26—officially released February 15, 2000

Per Curiam. The judgment is affirmed.

FREDERICKA SCHRUMM *v.* ERIC SCHRUMM
(AC 19688)

O'Connell, C. J., and Spear and Mihalakos, Js.

Submitted on briefs January 26—officially released February 15, 2000

Per Curiam. The judgment is affirmed.